**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 98-7597**

—————————

UNITED STATES OF AMERICA,

 Plaintiff - Appellee,

 versus

DINO GILES,

 Defendant - Appellant.

—————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, District Judge.
(CR-94-212-WMN, CA-97-4021-WMN)

—————————

Submitted: January 19, 1999      Decided: February 10, 1999

—————————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Dino Giles, Appellant Pro Se. Bonnie S. Greenberg, OFFICE OF THE
UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dino Giles seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Giles, Nos. CR-94-212-WMN; CA-97-4021-WMN (D. Md. Aug. 28, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2